AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12mj6154-LTS |
| Catalin Buzea | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Catalin Buzea                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☒ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

From on or about Nov. 29, 2011 to Mar. 30, 2012, Buzea knowingly and willfully participated in a conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), by knowingly conducting and attempting to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, violations of 18 U.S.C. §§ 1341 (mail fraud) and 1343 (wire fraud), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and passport fraud, in violation of 18 U.S.C. §§ 1543 and 2, by using false passports to open bank accounts for use in the above schemes.

Date:     April 26, 2012                                        _Geo Sorl._
                                                                          _Issuing officer's signature_

City and state:     Boston, Massachusetts                Leo T. Sorokin, United States Chief Magistrate Judge
                                                                          _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                  _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Catalin Buzea

Known aliases:  Adonis Antonatos; Peter Rainer; Daniel Leman; Gabriel Vicol; Alves Leston

Last known residence:  Room # 622, Marriott Residence Inn, 300 Presidential Way, Woburn, MA

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:  Bucharest, Romania

Date of birth:  7/25/1980

Social Security number:  N/A

Height:  5'9"                                          Weight:  165

Sex:  M                                                Race:  White

Hair:  Brown                                           Eyes:  Brown

Scars, tattoos, other distinguishing marks:  Tattoos: symbols on shoulder or shoulders

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:  ICE/HSI, 10 Causeway St., Ste. 722, Boston, MA 02222

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: