AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
Catalin Buzea

**APPEARANCE**

Case Number: 12-mj-6154-LTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Catalin Buzea

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [✓] Retained
- [ ] Pro Bono

4-27-12
Date

Signature

Michelle Brennan   662058
Print Name   Bar Number

Law Office of Barry P. Wilson
Address

240 Commercial St. Suite 5A Boston 02109
City   State   Zip Code

617-248-8978   617-523-8700
Phone Number   Fax Number