AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> Catalin Buzea <br> *Defendant* | Case No. **12mj6154-LTS** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Catalin Buzea
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
From on or about Nov. 29, 2011 to Mar. 30, 2012, Buzea knowingly and willfully participated in a conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), by knowingly conducting and attempting to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, violations of 18 U.S.C. §§ 1341 (mail fraud) and 1343 (wire fraud), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and passport fraud, in violation of 18 U.S.C. §§ 1543 and 2, by using false passports to open bank accounts for use in the above schemes.

Date: April 26, 2012

*Issuing officer's signature*

City and state: Boston, Massachusetts

Leo T. Sorokin, United States Chief Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
Date: DEFENDANT ON 4/27/2012

*Arresting officer's signature*

*Printed name and title*